*Lodged Order*

Charles Herrmann (WA Bar #6173)
Email: charles@herrmannscholbe.com
Attorney for Plaintiffs
1535 Tacoma Avenue South
Tacoma, WA 98402
Voice: (253) 627-8142
Fax: (253) 627-1835

Richard E. Brown, (CA. Bar #104253)
Email: rebrownlaw@aol.com
Attorney for Plaintiffs
POB 1420 Alamo, CA 94507
Voice: (925) 295-0700
Fax: (925) 952-4339

FILED
2008 JUN 25 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubenia Bonilla-Maldonado, Karen Fretes-Soto, Francisco Álvarez-Sambula, and José Lino-Velásquez<br><br>Plaintiffs<br><br>v.<br><br>TACA International Airlines, Sociedad Anonima, an El Salvador corporation and TACA International, Inc., a California corporation.<br><br>Defendants | Case Number:<br>**CV08-04216 DDP(RCx)**<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE** |

I, Charles J. Herrmann, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of Plaintiffs Rubenia Bonilla-Maldonado, Karen Fretes-Soto, Francisco Álvarez-Sambula, and José Lino-Velásquez by whom I have been retained.

My out-of-state business information is as follows:

Email: charles@herrmannscholbe.com

Herrmann Scholbe law firm

G-64 (01/08) APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIAL CASE JUN 2 5 2008 Page 1 of 3

PAID
CLERK, U.S. DISTRICT COURT 4612

| | |
|---|---|
| 1 | 1535 Tacoma Ave South |
| 2 | Tacoma, WA 98402 |
| 3 | Voice: (253) 627-8142 |
| 4 | Fax: (253) 627-1835 |
| 5 | I am a member in good standing and eligible to practice before the |
| 6 | following courts: |
| 7 | All state courts in the State of Washington  -  Admitted 1975 |
| 8 | U.S. District Court for Western Washington  -  Admitted 1977 |
| 9 | 9th Circuit Court of Appeals  -  Admitted 1980 |
| 10 | I am not a resident of, nor am I regularly employed, engaged in |
| 11 | business, professional or other activities in the State of California. I am not |
| 12 | currently suspended or disbarred in any court. |
| 13 | I have not concurrently, or within three (3) years of this application, |
| 14 | made *Pro Hac Vice* applications to this Court in any action. |
| 15 | I designate Richard E. Brown as local counsel, whose business |
| 16 | information is as follows: |
| 17 | Richard E. Brown, (CA. Bar #104253) |
| 18 | Email: rebrownlaw@aol.com |
| 19 | **LAW OFFICE OF RICHARD E. BROWN** |
| 20 | POB 1420 Alamo, CA 94507 |
| 21 | Voice: (925) 295-0700 |
| 22 | Fax:  (925) 952-4339 |
| 23 | He is a member in good standing of the Bar of this Court and maintains |
| 24 | an office in the State of California for the practice of law, as the attorney with |
| 25 | whom the Court and opposing counsel may readily communicate regarding the |
| 26 | conduct of this case, and upon whom papers may be served. |
| 27 | |
| 28 | |

1   I declare under penalty of perjury that the foregoing is true and correct
2   and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.
3   Civ. P., and the F.R. Evidence.
4   Dated this ___ day of June, 2008
5   Charles J. Herrmann, applicant
6
7   _____
       Signature
8      (WA #6173)
9   I hereby consent to the foregoing designation as local counsel.
10
11  Richard E. Brown, Designee
12  *Richard E. Brown*
13     Signature
       (CA #104253)
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28